# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10259-TPA |
| | : | |
| Michael Wallace Yochum, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

April 14, 2022

April 28, 2022

May 12, 2022

May 26, 2022


**Next Payment Advice Expected (post-filing):**

June 9, 2022

K.V.

YOCHUM, MICHAEL

# Earnings Statement

**YOCHUM, MICHAEL**

Company: 01I07 - LIFESERVICES MANAGEMENT CORPORATION
1625 LOWELL AVE
ERIE  PA  16505   (814) 833-6805

Pay Date: 04/14/2022
Period Start: 03/27/2022
Period End: 04/09/2022

Emp #: 2234
Dept: 300 - Ancillary Staff
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.70 | 80.00 | 1496.00 | 10375.61 |
| Overtime | 28.05 | 0.05 | 1.40 | 45.27 |
| Holiday | 17.00 | 0.00 | 0.00 | 272.00 |
| Hourly PTO | 17.00 | 0.00 | 0.00 | 340.00 |
| **Gross** | | 80.05 | 1497.40 | 11032.88 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 101.56 | 736.66 |
| Medicare | | | 21.10 | 155.08 |
| Social Security | | | 90.23 | 663.11 |
| Penn- State W/H(S/1) | | | 44.67 | 328.35 |
| 200505-TITUSVILLE CITY/TITUSVILLE A | | | 14.55 | 106.96 |
| LST 200505-TITUSVILLE CITY/TITUSVI | | | 2.00 | 16.00 |
| Pennsylvania UI/HC/WF | | | 0.90 | 6.63 |
| **Deductions** | | | | |
| PA Support | | | 184.62 | 1476.96 |
| 401K Percent | | | 44.92 | 44.92 |
| LifeServices Dental-Pre-Tax | | | 7.15 | 57.20 |
| Meals | | | 18.00 | 122.00 |
| Med/Script-High Deduct-Pre-Tax | | | 33.38 | 267.04 |
| NVA Vision Coverage-Pre-Tax | | | 1.67 | 13.36 |
| **Net Pay** | | | 932.65 | 7038.61 Voucher No. 377945459DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 932.65 | 7038.61 A/C:8733 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 22.46 | 22.46 *Company Match | | |
| Med/Script-High Ded-Emplr Cont * | 270.09 | 2160.72 *Memo Only | | |
| Hourly PTO Hours | 2.77 | 11.42 | 0.00 | 11.42 |
| Unpaid Time Off Hours ** | | 32.00 | 0.00 | 32.00 |

**Accruals balances are accurate as of processing 04/13/2022 08:34 am

|  |  |
|---|---|
| | Voucher No. 377945459DD |
| LIFESERVICES MANAGEMENT CORPORATION<br>PAYROLL ACCOUNT<br>1625 LOWELL AVENUE<br>ERIE, PA   16505<br>Dept: 300 | DATE: 04/14/2022 |

**Net Pay:**  932.65

Nine Hundred Thirty Two And 65/100 Dollars

YOCHUM, MICHAEL
23095 TITUSVILLE RD.
TITUSVILLE, PA  16354

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**YOCHUM, MICHAEL**

| | |
|---|---|
| Pay Date: 04/28/2022 | Company: 01107 - LIFESERVICES MANAGEMENT CORPORATION |
| Period Start: 04/10/2022 | 1625 LOWELL AVE |
| Period End: 04/23/2022 | ERIE  PA  16505    (814) 833-6805 |

Emp #: 2234
Dept: 300 - Ancillary Staff
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.70 | 80.00 | 1496.00 | 11871.61 |
| Overtime | 28.05 | 3.97 | 111.36 | 156.63 |
| Holiday | 17.00 | 0.00 | 0.00 | 272.00 |
| Hourly PTO | 17.00 | 0.00 | 0.00 | 340.00 |
| **Gross** | | 83.97 | 1607.36 | 12640.24 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 114.36 | 851.02 |
| Medicare | | | 22.70 | 177.78 |
| Social Security | | | 97.04 | 760.15 |
| Penn- State W/H(S/1) | | | 48.05 | 376.40 |
| 200505-TITUSVILLE CITY/TITUSVILLE A | | | 15.65 | 122.61 |
| LST 200505-TITUSVILLE CITY/TITUSVI | | | 2.00 | 18.00 |
| Pennsylvania UI/HC/WF | | | 0.96 | 7.59 |
| **Deductions** | | | | |
| PA Support | | | 184.62 | 1661.58 |
| 401K Percent | | | 48.22 | 93.14 |
| LifeServices Dental-Pre-Tax | | | 7.15 | 64.35 |
| Meals | | | 16.00 | 138.00 |
| Med/Script-High Deduct-Pre-Tax | | | 33.38 | 300.42 |
| NVA Vision Coverage-Pre-Tax | | | 1.67 | 15.03 |
| **Net Pay** | | | 1015.56 | 8054.17 Voucher No. 380954673DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1015.56 | 8054.17 A/C:8733 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 24.11 | 46.57 *Company Match | | |
| Med/Script-High Ded-Emplr Cont * | 270.09 | 2430.81 *Memo Only | | |
| Hourly PTO Hours | 2.91 | 14.33 | 0.00 | 14.33 |
| Unpaid Time Off Hours ** | | 32.00 | 0.00 | 32.00 |

**Accruals balances are accurate as of processing 04/27/2022 08:02 am

Voucher No. 380954673DD

LIFESERVICES MANAGEMENT CORPORATION
PAYROLL ACCOUNT
1625 LOWELL AVENUE
ERIE, PA   16505
Dept: 300

DATE: 04/28/2022

**Net Pay:** 1015.56

One Thousand Fifteen And 56/100 Dollars

YOCHUM, MICHAEL
23095 TITUSVILLE RD.
TITUSVILLE, PA  16354

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**YOCHUM, MICHAEL**

| | |
|---|---|
| Pay Date: 05/12/2022 | Company: 0II07 - LIFESERVICES MANAGEMENT CORPORATION |
| Period Start: 04/24/2022 | 1625 LOWELL AVE |
| Period End: 05/07/2022 | ERIE  PA  16505    (814) 833-6805 |

Emp #: 2234
Dept: 300 - Ancillary Staff
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.70 | 80.00 | 1496.00 | 13367.61 |
| Overtime | 28.05 | 0.61 | 17.11 | 173.74 |
| Holiday | 17.00 | 0.00 | 0.00 | 272.00 |
| Hourly PTO | 17.00 | 0.00 | 0.00 | 340.00 |
| **Gross** | | 80.61 | 1513.11 | 14153.35 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 103.39 | 954.41 |
| Medicare | | | 21.32 | 199.10 |
| Social Security | | | 91.19 | 851.34 |
| Penn- State W/H(S/1) | | | 45.16 | 421.56 |
| 200505-TITUSVILLE CITY/TITUSVILLE A | | | 14.71 | 137.32 |
| LST 200505-TITUSVILLE CITY/TITUSVI | | | 2.00 | 20.00 |
| Pennsylvania UI/HC/WF | | | 0.91 | 8.50 |
| **Deductions** | | | | |
| PA Support | | | 184.62 | 1846.20 |
| 401K Percent | | | 45.39 | 138.53 |
| LifeServices Dental-Pre-Tax | | | 7.15 | 71.50 |
| Meals | | | 12.00 | 150.00 |
| Med/Script-High Deduct-Pre-Tax | | | 33.38 | 333.80 |
| NVA Vision Coverage-Pre-Tax | | | 1.67 | 16.70 |
| **Net Pay** | | | **950.22** | **9004.39** Voucher No. 384055666DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 950.22 | 9004.39 A/C:8733 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 22.70 | 69.27 *Company Match | | |
| Med/Script-High Ded-Emplr Cont * | 270.09 | 2700.90 *Memo Only | | |
| Hourly PTO Hours | 2.79 | 17.11 | 0.00 | 17.11 |
| Unpaid Time Off Hours ** | | 32.00 | 0.00 | 32.00 |

**Accruals balances are accurate as of processing 05/11/2022 08:06 am

Voucher No. 384055666DD

LIFESERVICES MANAGEMENT CORPORATION
PAYROLL ACCOUNT
1625 LOWELL AVENUE
ERIE, PA   16505
Dept: 300

DATE: 05/12/2022

**Net Pay:** 950.22

Nine Hundred Fifty And 22/100 Dollars

YOCHUM, MICHAEL
23095 TITUSVILLE RD.
TITUSVILLE, PA  16354

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**YOCHUM, MICHAEL**

| | | |
|---|---|---|
| Pay Date: | 05/26/2022 | Company: 01107 - LIFESERVICES MANAGEMENT CORPORATION |
| Period Start: | 05/08/2022 | 1625 LOWELL AVE |
| Period End: | 05/21/2022 | ERIE  PA  16505   (814) 833-6805 |

Emp #: 2234
Dept: 300 - Ancillary Staff
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.70 | 45.91 | 858.52 | 14226.13 |
| Overtime | 28.05 | 0.00 | 0.00 | 173.74 |
| Holiday | 17.00 | 0.00 | 0.00 | 272.00 |
| Hourly PTO | 18.70 | 16.00 | 299.20 | 639.20 |
| **Gross** | | **61.91** | **1157.72** | **15311.07** |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 62.02 | 1016.43 |
| Medicare | | | 16.18 | 215.28 |
| Social Security | | | 69.17 | 920.51 |
| Penn- State W/H(S/1) | | | 34.25 | 455.81 |
| 200505-TITUSVILLE CITY/TITUSVILLE A | | | 11.16 | 148.48 |
| LST 200505-TITUSVILLE CITY/TITUSVI | | | 2.00 | 22.00 |
| Pennsylvania UI/HC/WF | | | 0.69 | 9.19 |
| **Deductions** | | | | |
| PA Support | | | 184.62 | 2030.82 |
| 401K Percent | | | 34.73 | 173.26 |
| LifeServices Dental-Pre-Tax | | | 7.15 | 78.65 |
| Meals | | | 10.00 | 160.00 |
| Med/Script-High Deduct-Pre-Tax | | | 33.38 | 367.18 |
| NVA Vision Coverage-Pre-Tax | | | 1.67 | 18.37 |
| **Net Pay** | | | **690.70** | **9695.09** Voucher No. 387180335DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 690.70 | 9695.09 A/C:8733 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 17.37 | 86.64 *Company Match | | |
| Med/Script-High Ded-Emplr Cont * | 270.09 | 2970.99 *Memo Only | | |
| Hourly PTO Hours | 1.59 | 18.70 | 16.00 | 2.70 |
| Unpaid Time Off Hours ** | | 32.00 | 0.00 | 32.00 |

**Accruals balances are accurate as of processing 05/25/2022 07:49 am

| | Voucher No. 387180335DD |
|---|---|
| LIFESERVICES MANAGEMENT CORPORATION<br>PAYROLL ACCOUNT<br>1625 LOWELL AVENUE<br>ERIE, PA   16505<br>Dept: 300 | DATE: 05/26/2022 |

**Net Pay:**  690.70

Six Hundred Ninety And 70/100 Dollars

YOCHUM, MICHAEL
23095 TITUSVILLE RD.
TITUSVILLE, PA  16354

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***