**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Michael Wallace Yochum, | : | Bankruptcy No: 22-10259-TPA |
| *Debtor*, | : | Chapter 13 |
| vs. | : |  |
|  | : | DOCKET NO.: |
| Oil Creek Township, | : |  |
| *Movant*, | : |  |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** **Oil Creek Township**
**Incorrect Address:** **127 McKinney Road, Titusville, PA 16354**
**Correct Address:** **16835 Shreve Run Road, Pleasantville, PA 16341**

Respectfully Submitted,

Date: <u>July 25, 2022</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors