**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 22-10259-TPA** |
| **Michael Wallace Yochum,** | : | |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 27** |
| **Michael Wallace Yochum,** | : | |
| Movant. | : | **HEARING DATE AND TIME:** |
| vs. | : | **October 12, 2022 at 10:00 a.m.** |
| | : | |
| **Oil Creek Township,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| **Chapter 13 Trustee** | : | |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING**
**DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS**
**EXEMPTIONS OF THE DEBTOR**

*TO THE RESPONDENT(S):*

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 10, 2022, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *Zoom Video Conference Hearing* will be held on October 12, 2022 at 10:00 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Updated Notice of Temporary Modification of Appearance Procedures,* dated and effective July 26, 2022, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: August 24, 2022 /s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor/Movant

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing Along With Debtor's Motion to Avoid and Cancel a Judgment Lien on Real Estate Which Impairs Exemptions of the Debtor,** by Certified Mail, U.S. Postage Paid on the parties below.

Executed on: **August 24, 2022**              *By: /s/ Kathryn Schwartz*
                                                               Kathryn Schwartz
                                                               PARALEGAL
                                                               FOSTER LAW OFFICES, LLC
                                                               1210 Park Avenue
                                                               Meadville, PA 16335
                                                               Tel 814.724.1165
                                                               Fax 814.724.1158

MATRIX

**Office of the U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

**Ronda J. Winnecour**
cmecf@chapter13trusteewdpa.com

**Michael Yochum**
23095 Titusville Road
Titusville, PA 16354
*Service via U.S. Mail*

**Oil Creek Township**
16835 Shreve Run Road
Pleasantville, PA 16341
*Service via Certified Mail*

**Bruce L. Getsinger, Esq.**
1243 Liberty Street
Suite 307
Franklin, PA 16323
*Service via Certified Mail*