**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 22-10259-TPA |
| **Michael Wallace Yochum,** | : | |
| Debtor. | : | |
| | : | RELATED TO DOCKET NO.: 38 |
| **Michael Wallace Yochum,** | : | |
| Movant. | : | |
| vs. | : | |
| | : | |
| **Portfolio Recovery Associates, LLC** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER ON MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: September 21, 2022 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

MATRIX

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Michael Yochum
23095 Titusville Road
Titusville, PA 16354

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Scott & Associates, P.C.
c/o Michael A. Carrucoli, Esq.
6 Kacey Court
Suite 203
Mechanicsburg, PA 17055