# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 22-10259-TPA |
| **Michael Wallace Yochum,** | : | |
| Debtor. | : | |
| | : | RELATED TO DOCKET NO.: 39 |
| **Michael Wallace Yochum,** | : | |
| Movant. | : | |
| vs. | : | |
| | : | |
| **Oil Creek Township,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER ON MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: September 21, 2022                *By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Michael Yochum
23095 Titusville Road
Titusville, PA 16354

Oil Creek Township
16835 Shreve Run Road
Pleasantville, PA 16341

Bruce L. Getsinger, Esq.
1243 Liberty Street
Suite 307
Franklin, PA 16323