**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-10259-CMB |
| | : | |
| Michael Wallace Yochum, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Michael Wallace Yochum, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 71 |
| | : | |
| vs. | : | |
| | : | |
| New Perspective Senior Living, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 1420 | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 16, 2023</u>                By: /s/ Kristen N. Dennis
                                                  Kristen N. Dennis, PARALEGAL
                                                  FOSTER LAW OFFICES
                                                  1210 Park Avenue
                                                  Meadville, PA 16335
                                                  Tel 814.724.1165
                                                  Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**NEW PERSPECTIVE SENIOR LIVING**
**5900 CLEARWATER DRIVE**
**SUITE 500**
**MINNETONKA, MN 55343**