IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10259 CMB |
| | : | |
| MICHAEL WALLACE YOCHUM, | : | HONORABLE CARLOTA M. BÖHM |
|     Debtor. | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Erie Federal Credit Union in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

        Respectfully submitted,

        THE QUINN FIRM

BY: /s/ Michael S. Jan Janin
      Michael S. Jan Janin, Esquire
      PA Id. No. 38880
      2222 West Grandview Boulevard
      Erie, Pennsylvania  16506-4508
      Phone:  (814) 833-2222, Ext. 1045
      Phone:  (814) 314-1051 (Direct)
      Facsimile: 814-833-6753
      mjanjanin@quinnfirm.com
      Counsel for Erie Federal Credit Union

1605829

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10259 CMB |
| | : | |
| MICHAEL WALLACE YOCHUM, | : | HONORABLE CARLOTA M. BÖHM |
|     Debtor. | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

## CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 27, 2023.

The type(s) of service made on the parties below (first-class mail, electronic notification, hand delivery, or another type of service) was *CM/ECF Notification Systems*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Daniel Foster at dan@mrdebtbuster.com

    Respectfully submitted,

    THE QUINN FIRM

BY: /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Phone:  (814) 833-2222, Ext. 1045
    Phone:  (814) 314-1051 (Direct)
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Erie Federal Credit Union

1605829