IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 22-10259 CMB |
| | : | |
| MICHAEL WALLACE YOCHUM, | : | HONORABLE CARLOTA M. BÖHM |
| Debtor | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
| Movant | : | DATE AND TIME OF HEARING: |
| | : | WEDNESDAY, JUNE 14, 2023 |
| v. | : | AT 1:30 PM |
| | : | |
| MICHAEL WALLACE YOCHUM; | : | RESPONSE DEADLINE: |
| RODNEY G. YOCHUM; and RONDA J. | : | MAY 22, 2023 |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE | : | |
| Respondents | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE
REGARDING ERIE FEDERAL CREDIT UNION'S
MOTION FOR RELIEF FROM STAY**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.   You should take this Notice and the Motion to a lawyer at once.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than May 22, 2023** *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage   at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*A Zoom Video Conference Hearing* will be held on **June 14, 2023 at 1:30 pm** before **Judge Carlota M. Böhm** via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection,

contact Judge Böhm's Chambers at 412-644-4328. **All attorneys and Parties may only appear by Zoom and must comply with Judge Böhm's Zoom Procedures, which can be found on the Court's website at** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

The general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  May 2, 2023

                                   Respectfully submitted,

                                   THE QUINN FIRM

BY:  /s/ Michael S. Jan Janin
          Michael S. Jan Janin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Phone:  (814) 833-2222, Ext. 1045
          Facsimile: 814-833-6753
          mjanjanin@quinnfirm.com
          Counsel for Erie Federal Credit Union