IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 22-10259 CMB |
| | : | |
| MICHAEL WALLACE YOCHUM, | : | HONORABLE CARLOTA M. BÖHM |
|     Debtor | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
|     Movant | : | DATE AND TIME OF HEARING: |
| | : | WEDNESDAY, JUNE 14, 2023 |
|     v. | : | AT 1:30 PM |
| | : | |
| MICHAEL WALLACE YOCHUM; | : | RESPONSE DEADLINE: |
| RODNEY YOUCHUM; and RONDA J. | : | MAY 22, 2023 |
| WINNECOUR, ESQUIRE, CHAPTER 13 | | |
| TRUSTEE | | |
|     Respondents | | |

## CERTIFICATION OF NO OBJECTION REGARDING ERIE FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM STAY  (Document #90)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from Stay filed May 2, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Motion were to be filed and served no later than May 22, 2023

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of Service:  May 23, 2023

    Respectfully submitted,

    THE QUINN FIRM

BY: /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Phone:  (814) 833-2222, Ext. 1045
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Erie Federal Credit Union

1606737