IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 22-10259 CMB |
| | : |
| MICHAEL WALLACE YOCHUM, | : HONORABLE CARLOTA M. BÖHM |
|     Debtor | : |
| | : CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : |
|     Movant | : RELATED TO DOCUMENT NO. 90 |
| | : |
|     v. | : |
| | : |
| MICHAEL WALLACE YOCHUM; | : |
| RODNEY G. YOCHUM; and RONDA J. | : |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : |
| TRUSTEE | : **ENTERED BY DEFAULT** |
|     Respondents | : |

### ORDER

AND NOW, to-wit, this 23rd day of May, 2023, upon consideration of the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) filed by the Movant, Erie Federal Credit Union, and following a hearing held in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

It is further ORDERED that Movant is authorized to repossess and resell the 2011 Chevrolet Silverado with Vehicle Identification Number 3GCPKSE3XBG313630 in accordance with Pennsylvania law.

*(signature)* dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/23/23 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1605831

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                       Case No. 22-10259-CMB

Michael Wallace Yochum                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                              User: auto                                           Page 1 of 2

Date Rcvd: May 23, 2023                               Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Wallace Yochum, 23095 Titusville Road, Titusville, PA 16354-6323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                                      Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael Wallace Yochum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Lorraine Gazzara Doyle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. ldoyle@logs.com, logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael S. Jan Janin | on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 1

slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8