**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-10259-JCM |
| | : | |
| **Michael Wallace Yochum,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | **MOTION NO.: WO - 1** |
| **Michael Wallace Yochum,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 117** |
| | : | |
| vs. | : | |
| | : | |
| **Grand Valley Manufacturing,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 1420 | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 9, 2024

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**GRAND VALLEY MANUFACTURING**
**701 EAST SPRING STREET**
**TITUSVILLE, PA 16354**
**ATTENTION: PAYROLL ADMINISTRATOR**