**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/12/2026

IN RE:

| | |
|---|---|
| MICHAEL WALLACE YOCHUM | Case No.22-10259 |
| 23095 TITUSVILLE ROAD | |
| TITUSVILLE,  PA  16354 | Chapter 13 |
| XXX-XX-1420          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/12/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2113 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | |

| | | |
|---|---|---|
| **ERIE FEDERAL CREDIT UNION(\*)** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  VEHICLE |
| 3503 PEACH ST | Court Claim Number:1 | ACCOUNT NO.:  2051 |
| | CLAIM:  0.00 | |
| ERIE, PA  16508 | COMMENT:  PD OUTSIDE/PL BY CO-SIGNER\*RS/OE\*DK\*CL=11731.90 | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O RUSHMORE SERVICING | Court Claim Number:9 | ACCOUNT NO.:  0026 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  RS/OE~STAYED\*597.47@FLAGSTAR/PL\*PMT/DECL\*DKT4PMT-LMT\*BGN 7/22\*LMP ⌐ | |

| | | |
|---|---|---|
| **JENNIFER YOCHUM** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| 18332 RTE 27 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TITUSVILLE, PA  16354 | COMMENT:  PD OUTSIDE/341 NOTES\*NT PROV/PL\*NO$/SCH | |

| | | |
|---|---|---|
| **PA SCDU\*** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| PO BOX 69110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-9110 | COMMENT:  PD OUTSIDE/341 NOTES\*NT PROV/PL\*NO$~SAME DSO?/SCH | |

| | | |
|---|---|---|
| **VENANGO CO DOMESTIC RELATIONS** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| POB 369 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FRANKLIN, PA  16323 | COMMENT:  NO$~SAME DSO?/SCH | |

| | | |
|---|---|---|
| **COMMUNITY CONNECT FEDERAL CREDIT UNIO** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1050 EAST SPRING ST | Court Claim Number: | ACCOUNT NO.:  2243 |
| | CLAIM:  0.00 | |
| TITUSVILLE, PA  16354 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CRDT MGMNT-AGNT MIDLAND FU | Court Claim Number:6 | ACCOUNT NO.:  6667 |
| PO BOX 2037 | | |
| | CLAIM:  800.58 | |
| WARREN, MI  48090 | COMMENT:  9885/SCH\*CITIBANK/TRACTOR SUPPLY\*JUDGMENT | |

| | | |
|---|---|---|
| **NATIONAL FUEL GAS DISTRIBUTION CORP** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2081 | Court Claim Number:3 | ACCOUNT NO.:  3506 |
| | CLAIM:  2,980.08 | |
| ERIE, PA  16512 | COMMENT: | |

| | | |
|---|---|---|
| **OIL CREEK TOWNSHIP** | Trustee Claim Number:10 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 16835 SHREVE RUN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PLEASANTVILLE, PA  16341 | COMMENT:  AVD/OE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br><br>READING, PA 19612-6001 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PLEASANTVILLE BOROUGH**<br>BOROUGH OFFICE<br>114 W STATE ST<br><br>PLEASANTVILLE, PA 16341 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 758.58<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3970 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,040.36<br>COMMENT: $/CL-PL@0%*UNS~SYNC BANK/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2115 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 461.06<br>COMMENT: AVD/OE*CAP 1*LOAN BGN 4/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5327 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,078.95<br>COMMENT: CHARGED OFF 3/20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **RODNEY YOCHUM**<br>144 S MAIN ST<br><br>PLEASANTVILLE, PA 16354 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 579.08<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1420 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 16,419.64<br>COMMENT: RS/OE~STAYED*$/CL-PL*THRU 6/22*LMP DENIED*FR NATIONSTAR-DOC 109 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0026 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:09<br><br>CLAIM: 0.00<br>COMMENT: LMP DENIED*FR NATIONSTAR-DOC 109 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0026 |
| **QUINN LAW FIRM**<br>2222 WEST GRANDVIEW BLVD<br><br>ERIE, PA 16506 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ERIE FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |