2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-10259-JCM
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Wallace Yochum
23095 Titusville Road
Titusville PA 16354

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 9: Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA , 92618 | Lakeview Loan Servicing LLC<br>475 Crosspoint Parkway<br>Getzville, NY , 14068 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/19/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 22-10259-JCM

Michael Wallace Yochum                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: auto                          Page 1 of 2

Date Rcvd: Jul 17, 2026                 Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID**                 **Recipient Name and Address**
16443939          +  Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2913

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

Andrew L. Spivack
                             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Daniel P. Foster
                             on behalf of Debtor Michael Wallace Yochum dan@mrdebtbuster.com
                             katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Heather Stacey Riloff
                             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. logsecf@logs.com

Mario J. Hanyon
                             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel
                             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael S. Jan Janin
                             on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com

District/off: 0315-1                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 17, 2026                       Form ID: trc                                 Total Noticed: 1

mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 8